Certified Public Accountants
Business Consultants

**TRONCONI SEGARRA**
**& ASSOCIATES** LLP

6390 Main Street, Suite 200
Williamsville, New York  14221
716.633.1373 / Fax: 716.633.1099
www.tsacpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI (KANSAS CITY)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOSEPH GERARD FOURNIER, JR. | ) | Case No. 07-44067-abf7 |
| | ) | Chapter 7 |
| MARIE LOUISE FOURNIER | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### REPORT OF DEBTOR AUDIT

Pursuant to 28 U.S.C. § 586(f)(1), the United States Trustee contracted for an audit to be performed of the above-captioned debtors' petition, schedules and other information filed by the debtors in this case.  In accordance with the Debtor Audit Standards established pursuant to Section 603(a) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Tronconi Segarra & Associates LLP performed the procedures enumerated in the contract between it and the United States Trustee Program to determine whether certain items in the bankruptcy petition, schedules, and statements as originally filed by JOSEPH GERARD FOURNIER, JR. and MARIE LOUISE FOURNIER in Bankruptcy Case No. 07-44067-abf7 contain material misstatements concerning the debtors' income, expenditures, or assets.

| The auditor finds: | |
|---|---|
| No material misstatements. | ✓ |
| One or more material misstatements. The material misstatements are listed on the attached List of Material Misstatements. | |

**REPORT OF DEBTOR AUDIT**
Joseph Gerard Fournier, Jr. and Marie Louise Fournier
Case No. 07-44067-abf7

The debtors were responsible for the preparation of the bankruptcy petition, schedules, and statements in this case.  The United States Trustee Program is responsible for the sufficiency of the procedures developed to determine the accuracy, veracity, and completeness of the petitions, schedules and other information that the debtors are required to provide under 11 U.S.C. §§ 521 and 1322.  Tronconi Segarra & Associates LLP makes no representation regarding the sufficiency of the procedures either for the purpose for which this report has been requested or for any other purpose.

The analysis and findings contained in this report are intended solely for the information and use of the United States Trustee Program and parties-in-interest in the subject civil bankruptcy proceeding and are not intended to be and should not be used by anyone other than these parties.  However, this report is a matter of public record and its distribution is not limited.  Whether the findings contained in the report are supported by sufficient evidence under the application of the proper legal standard is a question for the courts.  Further, the findings contained in the report neither require the United States Trustee Program or other parties-in-interest to take, nor preclude these parties from taking, legal action in or relating to this case, including with respect to matters not discussed in this report.

Dated this 25th day of February, 2008.

Respectfully submitted,

*Tronconi Segarra & Associates LLP*

TRONCONI SEGARRA & ASSOCIATES LLP